UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATRICE JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-00810-JWD-RLB** |
| **UNITED HEALTHCARE, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 12, 2024 (Doc. 9), to which an objection was filed and considered (Doc. 10);

**IT IS ORDERED** that this matter is dismissed for failure to state a claim.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 3, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**